DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ERIC GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff,*<br><br> v.<br><br>ERIC GARCIA,<br><br>   *Defendant.* | No. 1:11-cr-00351 LJO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING<br><br>DATE: January 9, 2012<br>TIME: 1:00 P.M.<br>JUDGE: Hon. Lawrence J. O'Neill |

  **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for November 21, 2011, **may be continued to January 9, 2012 at 1:00 P.M.**

  This continuance is at the request of both counsel for to allow time for proper preparation and to permit plea negotiations between the parties with the intention of conserving time and resources for both parties and the court.  This is the first status hearing and the defense and government have had two meetings working on resolving the case.  The government will provide an offer to Mr. Garcia by the end of next week.  Defense counsel will then need additional time to finalize the terms of the plea agreement with the government and to review the offer with Mr. Garcia.  The parties believe there will be a resolution of the case by the requested court date and would be ready to set a trial date if that did not occur.

  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

preparation and continuing plea negotiations purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                                      Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

DATED: November 15, 2011        By:   /s/ Elana S. Landau
                                                 ELANA S. LANDAU
                                                 Assistant United States Attorney
                                                 Attorney for Plaintiff

                                      DANIEL J. BRODERICK
                                      Federal Defender

DATED: November 15, 2011        By:   /s/ Charles J. Lee
                                                 CHARLES J. LEE
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                                 ERIC GARCIA

## **O R D E R**

**Good cause exists as stated.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   November 16, 2011**          /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE